United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 30, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-60244
Summary Calendar

_____

ROMAN NUNEZ-DELGADO,

Petitioner,

versus

ALBERTO R. GONZALEZ, U.S. ATTORNEY,

Respondent.

_____

Petition for Review from an Order of the
Board of Immigration Appeals
(BIA No.A78-273-421)

_____

Before REAVLEY, JOLLY, HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Petitioner claims that the Immigration Judge failed to provide a separate written or

oral decision regarding the issue of whether he falsely represented himself as a United

States citizen for the purpose or benefit of obtaining employment, registering to vote,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

voting in an election, obtaining a driver's license, and attempting to evade detection and apprehension; however, Petitioner failed to raise the issue in his appeal to the Board of Immigration Appeals. Thus, this court lacks jurisdiction to consider this issue. <u>See</u> <u>Wang v. Ashcroft</u>, 260 F.3d 448, 452-53 (5th Cir. 2001). DISMISSED.